IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 5:05cr5DCBAGN

OZELL LEWIS

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Count 2 of the Criminal Indictment against OZELL LEWIS without prejudice.

DUNN LAMPTON
United States Attorney

By: *[signature]*

SANDRA G. MOSES
Assistant United States Attorney
GA Bar No. 283815

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 5 day of December, 2005.

*[signature]*
UNITED STATES DISTRICT JUDGE